Etan Leibovitz
83-19 141st #207
Briarwood, NY 11435

November 18th, 2024

Honorable Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED
Nov 18, 2024, 2:22 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**

Re: Instructions for Submission of my audio files cited in my Verified Complaint (January 12th, 2022, February 16th, 2022, April 6th, 2022 Fraud Hearing, November 15th, 2022 audio file capturing my false arrest, October 21st, 2022 etc.) and recorded phone Discussions with Assistant Attorney General Michael Berg 2024 CIV 4779 (AMD) (LB)

Dear Judge Bloom,

I am writing to request instructions on how to submit evidence related to the above-referenced case. Specifically, I seek guidance on the proper format and method for filing, including but not limited to:

The audio recording of my false arrest on November 15th, 2022[1]
January 12th, 2022, February 16th, 2022, April 6th, 2022,
October 21st, 2022, hearings before Defendant John Katsanos
December 18th, 2023 and March 20th, 2024 Criminal Court Hearings before Judge Anthony Battisti, and Court Transcripts dated December 18th, 2023 and March 20th, 2024
January 25th, 2023 Criminal Court
October 24th and 26th, 2022 Discussions with Aaron Reichel [2]
February 17th, 2023 Hearing Before Judge Alan Schiff
IRS Audio Files and Transcript Reflecting my trading algorithm made money[3]

In addition, I intend to file a motion for sanctions, pursuant to FRCP 11, against Assistant Attorney General Michael Berg ("AAG Berg"). This motion will address:

Misrepresentations made by AAG Berg in his motion to dismiss (**See** Docket Entry 23)
False grounds provided for his request for an enlargement of time (**See** Docket Entry 10)

---

[1] https://u.pcloud.link/publink/show?code=XZRGNk0ZAfJ4yB4WH5QfbeQ36FDbbunQtDPk
[2] https://u.pcloud.link/publink/show?code=kZGUPV5Z7NskhFykX5HHhSv44wyJ1QX6FQUy
[3] https://u.pcloud.link/publink/show?code=kZbsMU0ZQoIoWJJJ9WzTqlWMMvegk7tUJMk7

His office's implementation of a scheme to redirect my incoming calls to the New York Attorney General's Office exclusively to AAG Berg (**See** Docket Entry 35)

Today, I captured and documented a phone discussion with AAG Berg, which I plan to incorporate into my motion for sanctions, along with other recorded discussions with him since the commencement of this action. On November 12th, 2024, I emailed AAG Berg to inquire why my phone calls to the New York Attorney General's Office are being directed to him. Six days have passed, and he has failed to address my concern. During today's call, I directly asked him the same question again, but he declined to provide an answer leaving me no choice but to seek sanctions and another lawsuit. I have uploaded the audio file of today's discussion to the cloud, making it available for public review. [4]

I respectfully request your instructions regarding the submission of these materials and any related procedural requirements. Thank you for your time and consideration.

Respectfully submitted,

____/S/_____

Etan Leibovitz

---

[4] https://u.pcloud.link/publink/show?code=XZrNPV5ZDtGprBT0s1RjTfzwO7McwzGAGhyy