**RECEIVED IN THE PRO SE OFFICE**
**DEC 18, 2024, 8:32PM**
**VIA BOX.COM**

*Rec. in p drive on 12/26/24 at 3pm rg

Etan Leibovitz
83-19 141st #207
Briarwood, NY 11435

December 18th, 2024

Honorable Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Status Conference 2024-civ4779 (AMD)(LB)

Dear Judge Ann M. Donnelly,

Yesterday, Mamoon Saleemi emailed me informing me that his client Defendant Phyllis Weiss does not consent to my request for a status conference. Michael Berg has not responded to my emails or phone calls.

Thank you for your time and attention to this matter.

Sincerely,

___/S/_____
Etan Leibovitz