IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ETAN LEIBOVITZ,

        Plaintiff,

        v.

NEW YORK ASSISTANT ATTORNEY GENERAL NICOLE
PROCIDA; NEW YORK STATE COURT OFFICERS
MICHAEL ZEBRO and KENNETH COY; NEW YORK SRT
COURT OFFICERS JOHN DOES 1-10; QUEENS ASSISTANT
DISTRICT ATTORNEYS PHYLLIS WEISS; NEW YORK
STATE COURT JUDGE JOHN KATSANOS.

        Defendants

-------------------------------------------------------------------X

**NOTICE OF APPEAL**

Case No.: 2024 CV 4779
(AMD)(LB)

    **NOTICE** is hereby given that the following Plaintiff Etan Leibovitz in the above-named case appeals to the United States Court of Appeals for the Second Circuit, from the order (ECF # 49) (the "Order") of the Honorable Ann M. Donnelly, dated and entered December 19th, 2024, that denied Plaintiff Etan Leibovitz's motion for an enlargement of time to file a motion to seek leave to amend his complaint and a motion for a status conference.

December 19th, 2024

Etan Leibovitz
83-19 141st #207
Briarwood, NY 11435
(917) 774-1455
Etanleibovitz18@gmail.com