**RECEVIED IN THE PRO SE OFFICE**
**JAN 06, 2025, 12:38PM**
**VIA PRO SE ONLINE PORTAL**

# Notice of Request to Submit Electronic Evidence

**Case Number:** 2024-civ-4779

**Filing Party Name:** Etan Leibovitz

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**