# CERTIFICATE OF SERVICE

I hereby certify that on January 5th, 2025, I served the foregoing Plaintiff Etan Leibovitz's Declaration with annexed exhibits and on January 6th, 2025, I served the foregoing Plaintiff Etan Leibovitz's Response in Opposition to the State Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) by email and with this Court using the CM/ECF system, which provides notice of filing to all counsel of record.

This the 6th day of January, 2025.

Respectfully submitted,

| | |
|---|---|
| Michael A. Berg | Mamoon Saleemi |
| Assistant Attorney General | Assistant Corporation Counsel |
| Office of the New York State Attorney General | Special Federal Litigation Division |
| 28 Liberty Street, 17th Floor | New York City Law Department |
| New York, N.Y. 10005 | 100 Church Street |
| Michael.berg@ag.ny.gov | New York, N.Y. 10007 |
| | MSaleemi@law.nyc.gov |

_____/S/_____
Etan Leibovitz