**RECEIVED IN THE PRO SE OFFICE**
**JAN 06, 2025, 2:45PM**
**VIA PRO SE ONLINE PORTAL**

Exhibit B

Audio Recording – Uploaded on January 6th, 2024

Pursuant to Court's Instructions