**RECEIVED IN THE PRO SE OFFICE
JAN 06, 2025, 2:47PM
VIA PRO SE ONLINE PORTAL**

Exhibit D

Audio Recording – Uploaded on January 6th, 2024

Pursuant to Court's Instructions