**FILED
01/14/2025 12:06 AM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Electronic Submission**

Exhibit A

Audio Recording – Uploaded on January 14th, 2025

Pursuant to Court's Instructions