IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
)
)
ETAN LEIBOVITZ, )
        Plaintiff, )
)
    v. )
)
)
NEW YORK ASSISTANT ATTORNEY GENERAL NICOLE )   Case No.: 2024 CV 4779
PROCIDA; NEW YORK STATE COURT OFFICERS )   (AMD)(LB)
MICHAEL ZEBRO and KENNETH COY;  NEW YORK SRT )
COURT OFFICERS JOHN DOES 1-10; QUEENS ASSISTANT)
DISTRICT ATTORNEYS PHYLLIS WEISS; NEW YORK )
STATE COURT JUDGE JOHN KATSANOS. )
)
        Defendants )
)
------------------------------------------------------------------------X

**FILED
01/14/2025 12:37 AM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Electronic Submission**

PLAINTIFF ETAN LEIBOVITZ'S NOTICE OF FILING OF
(1) PLAINTIFF'S MOTION FOR SANCTIONS REGARDING
SUBMISSION OF FALSE AND MISLEADING DECLARATION BY DEFENDANTS JOHN
KATSANOS, MICHAEL ZEBRO, KENNETH COY AND NICOLE PROCIDA'S ATTORNEY
MICHAEL BERG; (2) SUPPORTING MEMORANDUM; and
ANNEXED EXHIBITS

| | |
|---|---|
| To: Michael A. Berg | Mamoon Saleemi |
| Assistant Attorney General | Assistant Corporation Counsel |
| Office of the New York State Attorney General | Special Federal Litigation Division |
| 28 Liberty Street, 17th Floor | New York City Law Department |
| New York, N.Y.  10005 | 100 Church Street |
| (212) 416-8651 | New York, NY 10007 |
| michael.berg@ag.ny.gov | (212) 356- 2384 |
| | msaleemi@law.nyc.gov |

    **PLEASE TAKE NOTICE** that on the 14th day of January, 2025, Plaintiff Etan Leibovitz filed his Motion for Sanctions, the memorandum in support thereof and annexed exhibits, copies of which are attached hereto and, pursuant to Federal Rule of Civil Procedure ("FRCP") 11 (c)(1)(A), were served upon you more than 21 days prior to this date.

Dated:  January 14th, 2025

                                                Respectfully submitted,

                                                *Etan Leibovitz*
                                                Etan Leibovitz
                                                Plaintiff, Pro Se
                                                83-19 141st
                                                Briarwood, NY 11435
                                                (917) 774-1455

## **CERTIFICATE OF SERVICE**

      I declare under penalty of perjury that, on January 14th, 2025, I served the foregoing Plaintiff's Notice of Filing of (1) Plaintiff's Motion for Sanctions Regarding Submission of False and Misleading Declaration by Defendants John Katsanos, Michael Zebro, Kenneth Coy and Nicole Procida's Attorney, Michal Berg; (2) Supporting Memorandum, and (3) exhibits by email:

This the 14th day of January, 2025

| | |
|---|---|
| Michael A. Berg | Mamoon Saleemi |
| Assistant Attorney General | Assistant Corporation Counsel |
| Office of the New York State Attorney General | Special Federal Litigation Division |
| 28 Liberty Street, 17th Floor | New York City Law Department |
| New York, N.Y. 10005 | 100 Church Street |
| Michael.berg@ag.ny.gov | New York, NY 10007 |
| | MSaleemi@law.nyc.gov |


                                      _____*Etan Leibovitz*_____
                                           Etan Leibovitz