Etan Leibovitz
83-19 141st #207
Briarwood, NY 11435

*** Filed ***
12:05 PM, 05 Jun, 2025
U.S.D.C., Eastern District of New York

June 5th, 2025

Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Effect service on Defendant John Does #1-10 Etan
Leibovitz v. Nicole Procida et al, No. 24 Civ. 4779
(AMD) (LB)

Dear Judge Bloom,

I need to effect service on the John Doe defendants, which will require amending my complaint. Assistant Attorney General Michael Berg has since provided the names of the SRT officers involved. Accordingly, I respectfully request confirmation of the identities of Defendant John Doe #1 and Defendant John Doe #2. As previously requested, an array of photographs of the identified SRT officers would help expedite the identification process and ensure proper service.

Respectfully submitted,

*Etan Leibovitz*

Etan Leibovitz